# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JEFFREY D. REITZ,<br><br>      Plaintiff,<br><br>v.<br><br>PROGRESSIVE SPECIALTY<br>INSURANCE COMPANY,<br><br>      Defendant. | Civil Action No. 2:15-cv-01707-DSC<br><br><br><br><br><br><br><br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF DISMISSAL

Plaintiff, Jeffrey D. Reitz, by and through his undersigned counsel, hereby dismisses, with prejudice, the above-captioned action pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Dated: March 9, 2016

Respectfully submitted,

*/s/ Scott D. Livingston*
Scott D. Livingston
PA ID No. 60649
Daniel J. Stuart
PA ID No. 321011

MARCUS & SHAPIRA LLP
One Oxford Centre, 35th Floor
301 Grant Street
Pittsburgh, Pennsylvania 15219
Telephone: (412) 471-3490
Facsimile: (412) 391-8758

*Counsel for Plaintiff, Jeffrey D. Reitz*